# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

**CR 08 0394**

UNITED STATES OF AMERICA,

v.

JOEL GUADALUPE DUARTE-ANAYA

**JSW**

DEFENDANT.

## INDICTMENT

Title 8, U.S.C. §1326 - Illegal Reentry Following Deportation

_INDICT_

A true bill.

_____
Foreman

Filed in open court this __12__ day of _June 2008_

_____
Clerk

Bail $ _No process_

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ JOEL GUADALUPE DUARTE-ANAYA

**DISTRICT COURT NUMBER**
CR 08 0394 JSW

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 08-70324

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Allison M. Danner

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED

08 JUN 12 PM 2:42

[illegible] W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 08 0394 JSW |
|---|---|
| Plaintiff, | ) VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | ) |
| JOEL GUADALUPE DUARTE-ANAYA, a/k/a Joel Guadalupe, a/k/a Joseph Mendez, a/k/a Joel Anaya, a/k/a Jose Duarte a/k/a Carlos Diaz | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about June 27, 2007, March 9, 2005, November 23, 2001, and November 20, 1999, the defendant,

JOEL GUADALUPE DUARTE-ANAYA,
a/k/a Joel Guadalupe,
a/k/a Joseph Mendez,
a/k/a Joel Anaya,
a/k/a Jose Duarte
a/k/a Carlos Diaz,

INDICTMENT                              1

1  an alien, was excluded, deported and removed from the United States, and knowingly and
2  voluntarily reentered the United States and, thereafter, on or about April 1, 2008, was found in the
3  Northern District of California, the Attorney General of the United States and the Secretary for
4  Homeland Security not having expressly consented to a re-application by the defendant for
5  admission into the United States, in violation of Title 8, United States Code, Section 1326.

7  DATED:                                              A TRUE BILL.
8  6-12-08
9                                                     _____
10 JOSEPH P. RUSSONIELLO                               FOREPERSON
   United States Attorney

13 KYLE WALDINGER
   Deputy Chief, Major Crimes Section

15 (Approved as to form: _____)
                          AUSA DANNER

INDICTMENT                                  2