# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**

VENUE: SAN FRANCISCO

CR 08 0394

UNITED STATES OF AMERICA,

v.

JOEL GUADALUPE DUARTE-ANAYA

JSW

DEFENDANT.

## INDICTMENT

Title 8, U.S.C. §1326 - Illegal Reentry Following Deportation

_INDICT_

A true bill.

_____
Foreman

Filed in open court this __12__ day of _June_ 2008

_____
Clerk

Bail $ No process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 08-70324

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Allison M. Danner

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

DEFENDANT - U.S.
▶ JOEL GUADALUPE DUARTE-ANAYA

DISTRICT COURT NUMBER
CR 08 0394 JSW

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

08 JUN 12 PM 2: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL GUADALUPE DUARTE-ANAYA,<br>a/k/a Joel Guadalupe,<br>a/k/a Joseph Mendez,<br>a/k/a Joel Anaya,<br>a/k/a Jose Duarte<br>a/k/a Carlos Diaz<br><br>Defendant. | No. CR 08 0394 JSW<br><br>VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation<br><br>SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about June 27, 2007, March 9, 2005, November 23, 2001, and November 20, 1999, the defendant,

JOEL GUADALUPE DUARTE-ANAYA,
a/k/a Joel Guadalupe,
a/k/a Joseph Mendez,
a/k/a Joel Anaya,
a/k/a Jose Duarte
a/k/a Carlos Diaz,

INDICTMENT                                      1

1  an alien, was excluded, deported and removed from the United States, and knowingly and
2  voluntarily reentered the United States and, thereafter, on or about April 1, 2008, was found in the
3  Northern District of California, the Attorney General of the United States and the Secretary for
4  Homeland Security not having expressly consented to a re-application by the defendant for
5  admission into the United States, in violation of Title 8, United States Code, Section 1326.
6
7  DATED:                                          A TRUE BILL.
8  6-12-08
9
                                                   FOREPERSON
10 JOSEPH P. RUSSONIELLO
   United States Attorney
11
12
13 KYLE WALDINGER
   Deputy Chief, Major Crimes Section
14
15 (Approved as to form: _____)
                          AUSA DANNER
16
17
18
19
20
21
22
23
24
25
26
27
28

INDICTMENT                                    2