JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0394 JSW |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JOEL GUADALUPE DUARTE-ANAYA, ) | |
|     Defendant. ) | |

    With the agreement of the parties in open court, and with the consent of defendant Joel Guadalupe Duarte-Anaya, this Court enters this order documenting exclusion of time from June 13, 2008 through July 3, 2008 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

    1.    On June 4, 2008, defendant was charged in a criminal complaint. On June 6, 2008, defendant was arraigned on the complaint and entered a plea of not guilty. On June 6, 2008 the government moved that defendant be detained pending trial, and this Court set a detention hearing date of June 12, 2008. On June 12, 2008, the parties appeared for the detention hearing, and this Court granted the government's motion for detention.

    2.    On June 12, 2008, a grand jury for the Northern District of California returned an

STA Stipulation
CR 08-0394 JSW

1    indictment against defendant.  On June 13, 2008, defendant was arraigned on the indictment and

2    entered a plea of not guilty.  On that date, this Court scheduled defendant's initial appearance

3    before Judge White for July 3, 2008, the Court's next available date.

4           3.      At the appearance on June 13, 2008, defendant agreed to an exclusion of time

5    under the Speedy Trial Act on the grounds that failure to grant the requested continuance would

6    unreasonably deny defendant reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence, in this case.   This Court accordingly found that the ends

8    of justice served by excluding the period from June 13, 2008 through July 3, 2008 from Speedy

9    Trial Act calculations outweigh the best interest of the public and the defendant in a speedy

10   trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

12           IT IS SO STIPULATED.

14   DATED: June 17, 2008                    ____\s_____
                                             GEOFFREY HANSEN
15                                           Attorney for Defendant

17   DATED: June 17, 2008                    ____\s_____
                                             ALLISON MARSTON DANNER
18                                           Assistant United States Attorney

20           IT IS SO ORDERED.

22   DATED:  __June 17, 2008__                _____
                                             BERNARD ZIMMERMAN
23                                           United States Magistrate Judge

28   STA Stipulation
     CR 08-0394 JSW                             2

