UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: July 3, 2008

Case No. CR- 08-394 JSW          Judge: Jeffrey S. White

United States of America  v.  Joel Guadalupe Duarte-Anaya
                               Defendant
                               Present ( X ) Not Present (  ) In-Custody ( X )

Allison Danner                    Geoffrey Hansen
U.S. Attorney                     Defense Counsel

Deputy Clerk: Jennifer Ottolini    Court Reporter: Jim Yeomans
                                   Spanish Interpreter: Nina Safdie-Enoch

## PROCEEDINGS

**REASON FOR HEARING:** Change of Plea

**RESULT OF HEARING:**   The Defendant is sworn.
The Court voir dired the Defendant re: Change of Plea
The Defendant pled guilty to Count One of the Indictment in violation of 8 USC § 1326(b), illegal entry into the United States following deportation.

The Court accepted the plea of guilty.
The Plea Agreement is ordered filed.
The Court reserved ruling on acceptance of the plea agreement pending receipt of a probation report.

The Defendant is referred to the US Probation Office for the preparation of a pre-sentence report.

The Defendant remains in the custody of the U. S. Marshal.

Case Continued to 9-18-08 at 2:30 p.m. for Judgment and Sentencing