JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email:allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0394 JSW |
| Plaintiff, | ) | |
| | ) | MOTION TO ALLOW FILING OF LATE SENTENCING MEMORANDUM AND [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| JOEL GUADALUPE DUARTE-ANAYA, | ) | Date: September 18, 2008 |
| | ) | Time: 2:30 p.m. |
| Defendant. | ) | The Honorable Jeffrey S. White |

    The United States, by and through its attorney, the United States Attorney for the Northern District of California, hereby seeks leave to file a late sentencing memorandum in this case. As more fully explained in the sentencing memorandum, the modified Presentence Report prepared by the Probation Office contained a significantly different Guidelines calculation for this case from that agreed to by the parties. This discrepancy resulted from the discovery by the Probation Officer of a prior conviction of which the parties were until then unaware. Because the Court requested only a modified presentence report in this case, the parties did not have an opportunity to review a draft report before it was provided to the parties on September 10, 2008. Because of the importance of the prior conviction to the Guidelines calculation, the government wished to secure additional documentation with respect to that conviction before filing its sentencing memorandum. The government received that documentation this morning and has

now reviewed it. For this reason, the government respectfully requests that this Court allow it to file a sentencing memorandum in this case that is one day late.

DATED: September 12, 2008

                                                    Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  ALLISON MARSTON DANNER
                                                  Assistant United States Attorney

For good cause shown, the Clerk of the Court is directed to permit the United States to file a Sentencing Memorandum on September 12, 2008.

IT IS SO ORDERED.

Dated: September 12, 2008                          JEFFREY S. WHITE
                                                  United States District Judge